In the Matter of the Claim of BESSIE ARRANDT, Alleged Widow, on Account of the Death of ABRAHAM ARRANDT, Deceased Employee, Appellant, against BORDEN'S FARM PRODUCTS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board disallowing appellant's claim for death benefits under the Workmen's Compensation Law as the alleged widow of Abrham Arrandt, deceased. Appellant claimed to have been the common-law wife of the deceased, but the State Industrial Board found to the contrary. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.